# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 4:96cr64-RH/WCS
   4:05cv309-RH/WCS

DANIEL DALMAU,

    Defendant.

_____/

## ORDER DENYING §2255 MOTION

This matter is before the court on the magistrate judge's report and recommendation (document 148), to which no objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. Defendant's motion to file a delayed motion under 28 U.S.C. §2255(document 146) is DENIED. Defendant's §2255 motion (document 147) is DENIED as untimely. The clerk shall enter judgment and close the file.

SO ORDERED this 20th day of November, 2005.

                                                    s/Robert L. Hinkle
                                                  Chief United States District Judge